partment. November 23, 1904.) Action by the state of New York against George Jones.

PER CURIAM. Appeal dismissed, unless the printed papers and return on appeal are filed and served on or before the 28th day of November, 1904, in which event the appeal is ordered to be placed on the day calendar for argument on said date, and the motion to dismiss the appeal is denied.

STIRLING v. KELLEY et al. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Catharine Stirling against Matthias J. Kelley, impleaded, etc. No opinion. Order affirmed, with costs, upon remittitur from the Court of Appeals.

STOWE, Respondent, v. BESOFFE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Martha Stowe against Joseph Besoffe. No opinion. Motion to dismiss appeal upon stipulation granted, without costs.

STRAUS et al., Appellants, v. AMERICAN PUBLISHERS' ASS'N et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Isidor Straus and others against the American Publishers' Association and others. E. E. Wise, for appellants. S. H. Olin, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STRICKLAND, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Clifford T. Strickland against William Henry. No opinion. Judgment and order affirmed, with costs.

STRICKLAND, Respondent, v. HENRY, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Clifford T. Strickland against William Henry. No opinion. Motions denied, without costs.

STURGIS et al., Respondents, v. WEIR, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Thomas Sturgis and others against Robert F. Weir. J. V. Bouvier, Jr., for appellant. W. H. Hamilton, for respondents. No opinion. Judgment and order affirmed, with costs.

STUTZ, Appellant, v. STADER et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Charles Stutz against Joseph Stader and others. C. Goldzier, for appellant. A. J. Shipman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

SULLIVAN, Respondent, v. CITY OF ROME, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Michael Sullivan against the city of Rome.

PER CURIAM. Order reversed, with costs. Motion for new trial denied, and judgment ordered for defendant on the verdict, with costs. Held, that it was improper to insert in the order granting the motion for a new trial the condition contained therein; also, held, that the motion should have been denied upon the merits.

SULLIVAN, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Michael Sullivan against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK and STOVER, JJ., dissent.

SUTTON, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Ella J. Sutton, as administratrix of Frank J. Sutton, deceased, against the Ulster & Delaware Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates to reduce the verdict to $7,000, in which case judgment and order unanimously affirmed, with costs.

SWANSON, Appellant, v. KING, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Fred C. Swanson against John A. King. No opinion. Judgment of County Court affirmed, with costs.

SWART, Appellant, v. WICKHAM, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by George D. Swart against David S. Wickham. No opinion. Judgment unanimously affirmed, with costs.

SWEENY, Respondent, v. KELLOGG, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Mary Sweeny, as administratrix, against L. Laflin Kellogg. F. Nevins, for appellant. W. R. Conklin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SWEET, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by John A. Sweet against Michael Seitz. No opinion. Judgment and order affirmed, with costs.

SWITZER v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Charles E. Switzer against the International Railway Company.

PER CURIAM. Appeal dismissed, with $10 costs, unless within 15 days appellant files and serves its appeal papers and pays the costs of this motion, in which event said motion is denied.